IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRYL DEAN,

          Petitioner,                            MEMORANDUM

v.                                                    10-cv-136-slc

C. HOLINKA,

          Respondent.

---

On June 17, 2010, pro se petitioner Darryl Dean submitted documents in support of his petition for a writ of habeas corpus, including an affidavit and a document titled "Petitioner's Rebuttal to Respondent's Reply." Dkts. 9 and 10. On the signature line of his documents, petitioner has inserted "/s/" instead of the conventional signature required of pro se litigants. Under Fed. R. Civ. P. 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Therefore, I am returning petitioner's documents to him with his copy of this memorandum and giving him until July 1, 2010, in which to sign and return the documents to this court. Failure to do so will result in the documents being stricken pursuant to Rule 11(a).

      Entered this 21st day of June, 2010.

                                      BY THE COURT:

                                      /s/

                                      STEPHEN L. CROCKER
                                      Magistrate Judge