IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRYL DEAN,

    Petitioner,

v.

C. HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-136-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Darryl Dean's petition for a writ of habeas corpus for failure to show that he is custody in violation of the Constitution or the laws of the United States and this case is dismissed.


_____      _2/17/11_
Peter Oppeneer, Clerk of Court              Date